IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE COMPANY,

      Plaintiff,                             No. CIV S-07-0740 FCD DAD

    vs.

AWC CARRIERS, INC.,

      Defendant.                          <u>ORDER</u>

/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(19).

        On October 10, 2007, the magistrate judge filed an order and findings and recommendations herein which were served on all parties who have appeared in the action and which contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Pursuant to the magistrate judge's order, plaintiff has filed a certificate of service of plaintiff's application for default judgment and all supporting documents, together with a copy of the magistrate judge's findings and recommendations, upon the defaulting defendant. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 10, 2007, are adopted in full;

2. Plaintiff's August 31, 2007 motion for entry of default judgment is granted; and

3. Plaintiff is awarded damages in the sum of $281,456.00.

DATED: November 19, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE